**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

————————————

No. 94-40064

————————————


HARTFORD LIFE INSURANCE COMPANY,

Plaintiff-Appellee,

VERSUS

ASSOCIATION CONSULTANTS, INC., et al.,

Defendants-Appellants.


————————————————

Appeal from the United States District Court
for the Eastern District of Texas
(1:94 CV 618)

————————————————

September 8, 1995


Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]


We have reviewed the briefs and have heard oral argument from counsel and have consulted relevant portions of the record. We conclude that the district court did not abuse its discretion in weighing the requisite factors from which it decided to enter a preliminary injunction. Of course, in so holding, we express

---

[*] Local Rule 47.5.1 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that rule, the court has determined that this opinion should not be published.

absolutely no view on the underlying merits or issues of this case.

Accordingly, the order granting the preliminary injunction is AFFIRMED.  In view of the impending trial setting, the mandate shall issue immediately.